UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PHAREN BARRON, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:25-CV-4-KS |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this court's order.

This judgment filed and entered on February 23, 2026, with *electronic service* upon the following:

**Charlotte Hall**
*Counsel for Plaintiff*

**Wanda Mason**
**Samantha Zeiler**
**Maija DiDomenico**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: February 23, 2026

/s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court